An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ALLEN LYTLE AND TRUDI LEE LYTLE, AS TRUSTEES OF THE LYTLE ESTATE,
Appellants,
vs.
ROSEMERE ESTATES PROPERTY OWNERS ASSOCIATION, A NEVADA NONPROFIT CORPORATION,
Respondent.

No. 66558

**FILED**

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a district court order denying a motion for NRCP 60(b) relief in a real property and declaratory relief action. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Having considered the record, we conclude that the district court was within its discretion in denying the Lytles' motion for NRCP 60(b) relief. *See Ford v. Branch Banking & Trust Co.*, 131 Nev., Adv. Op. 53, 353 P.3d 1200, 1202 (2015). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]To the extent that our resolution of this appeal may appear inconsistent with our resolution of the appeal in Docket No. 63942, we note that our resolution of this appeal was premised in part on the Lytles' stipulation as to the amended CC&Rs' validity.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-39100

cc: Hon. Rob Bare, District Judge
Sterling Law, LLC
Leach Johnson Song & Gruchow
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A